IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSS F. TREMAINE, | |
| Plaintiff, | **8:16CV488** |
| vs. | |
| | **ORDER** |
| GOODWILL INDUSTRIES, INC., a Nebraska nonprofit corporation; | |
| Defendant. | |

This matter is before the Court following counsel for Defendant's request for a telephone conference with the undersigned magistrate judge regarding a scheduling dispute. Upon review of the parties' email submissions,

**IT IS ORDERED:**

1. **Motions to Dismiss and Motions for Summary Judgment.** Motions to Dismiss and/or Motions for summary judgment shall be filed not later than **February 14, 2018**. *See* NECivR 56.1 and NECivR 7.1.

2. **Deposition Deadline.** All depositions, whether or not they are intended to be used at trial, shall be completed by **January 31, 2018**.

Dated this 21st day of December, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge